```
BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>BRYCE WAYNE NICHOLES,<br><br>      Defendant. | CR. S-12-0140 LKK<br><br>ORDER FOR BRIEFING SCHEDULE AND MOTION HEARING |

This matter came before the Court for a status conference on May 8, 2012, Assistant U.S. Attorney Jill M. Thomas represented the United States, Philip Cozens appeared on behalf of Bryce Wayne Nicholes, ("Defendant"). Defendant was present and in custody.

The parties stipulated to a briefing schedule as follows: Defendant's Motion will be due June 5, 2012; government's response will be due June 26, 2012; Defendant's reply, if any, will be due July 6, 2012. Based upon the party's representations, the Court set the hearing on the motion for July

1

17, 2012, at 9:15 A.M. The Court further ordered that time be excluded time under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare).

The parties agree that time should be excluded under Local Code T4 beginning May 8, 2012, and extending to and including July 17, 2012.

The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED**:

1. Motion Hearing is set for July 17, 2012 at 9:15 A.M.
2. Based on the party's representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from May 8, 2012, and extending to and including July 17, 2012.

**IT IS SO ORDERED.**

Date: May 8, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT