Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant Bryce Nicholes

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:12-CR--00140 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR WITHDRAWAL OF |
| | ) | MOTION TO SUPPRESS EVIDENCE |
| v. | ) | PURSUANT TO RULE 12 AND TO |
| | ) | ADVANCE THE CASE FOR CHANGE |
| BRYCE NICHOLES, | ) | OF PLEA |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Jill Thomas Hitt, Esq. and Defendant Bryce Nicholes through his attorney Philip Cozens, that:

Defendant Nicholes will withdraw his Motion to Suppress Evidence Pursuant to Rule 12; and

That the court may place this case on calendar for a status conference and change of plea on July 17, 2012 at 9:15 a.m. in Judge Karlton's Court.  Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's

STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE     -1-

and the public's interest in a speedy trial. Time should be excluded from speedy trial calculations from June 4, 2012 through and including July 17, 2012.

It is so stipulated.

Dated: June 28, 2012                /s/ Jill Thomas, Esq.
                                    Jill Thomas, Esq.
                                    Assistant United States Attorney
                                    Eastern District of California


                                    /s/ Philip Cozens
                                    Philip Cozens
                                    Attorney for Defendant Bryce Nicholes

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that Defendant Nicholes' Motion to Suppress Evidence Pursuant to Rule 12 be withdrawn and that the case be scheduled for Status Conference for July 17, 2012 at 9:15 a.m. in Judge Karlton's Court for entry of plea. Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time is excluded from speedy trial calculations from June 4, 2012 through and including July 17, 2012.

Dated: July 13, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT